DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TINA MEDARDI,**
Appellant,

v.

**ALBERTO ANGEL HUAMAN,**
Appellee.

No. 4D21-1080

[March 10, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Stefanie C. Moon, Judge; L.T. Case No. DVCE21-0OO233.

Jonathan R. O'Boyle of The O'Boyle Law Firm, P.C., Deerfield Beach, for appellant.

Brian C. Valentine of The Law Office of MosierValentine, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, LEVINE and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***